| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Lara Z. Moriarty, Esq. | Bar No. 242318 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF CLOVIS, CHIEF JAMES ZULIM, OFFICER LUJAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EARLS, individually and on behalf of a Class of Persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF CLOVIS, CHIEF JAMES ZULIM, OFFICER LUJAN, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:06-CV-00305-AWI-SMS<br><br>**STIPULATED DISMISSAL AND ORDER**<br>[FRCP Rule 41(a)]<br><br>Complaint filed: March 20, 2006<br>Trial Date: July 24, 2007 |

Whereas, Plaintiff STEVEN EARLS' attorney reports that he has been unable to locate Plaintiff either by phone or by letter; he, therefore, considers it impossible to further prosecute this case.

Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to defendants CITY OF CLOVIS, CHIEF JAMES ZULIM and OFFICER LUJAN, all parties to bear their own costs and attorney's fees.

///

///

---

Stipulated Dismissal & Order

DATED: December 28, 2006

        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

        By:    /s/ James D. Weakley
               James D. Weakley
               Attorney for Defendants
               CITY OF CLOVIS, CHIEF JAMES ZULIM
               and OFFICER LUJAN

DATED: December 8, 2006        BRUCE W. NICKERSON, ESQ.

        By:    /s/ Bruce W. Nickerson
               Bruce W. Nickerson
               Eric H. Schweitzer
               Attorneys for Plaintiff STEVEN EARLS

## **ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4. Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

1    Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the
2 Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii)
3 Stipulation For Dismissal With Prejudice.

5 IT IS SO ORDERED.
6 **Dated:    January 2, 2007**                    /s/ Anthony W. Ishii
  0m8i78                                          UNITED STATES DISTRICT JUDGE